IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

        Plaintiff,                     CV F 05 0401 AWI WMW P

   vs.                                ORDER TO SHOW CAUSE

J. YATES, et al.,

        Defendants.

       Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has submitted request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

       Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Corcoran State Prison, brings this civil rights action against defendant correctional officials employed by the CDCR at Pleasant Valley State Prison. Plaintiff claims that defendants interfered with his attempts at filing inmate grievances.

       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon

1  which relief may be granted, unless the prisoner is under imminent danger of serious injury."

2        This plaintiff has, on 3 prior occasions, brought civil actions challenging the
3  conditions of his confinement. All three action were dismissed as frivolous, or for failure to state
4  a claim upon which relief can be granted. <u>Jensen v. Davis</u>, 00 10438 (Central Dist.) <u>Jensen v.</u>
5  <u>Pete Wilson, et al.,</u> CV S 98 0396 WBS DAD P; <u>Jensen v. Davis, et</u> al., CV F 99 5431 REC
6  SMS P. Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts
7  indicating that he is in imminent danger of serious physical injury. Plaintiff alleges no such facts
8  in this case.

9        Accordingly, IT IS ORDERED that Plaintiff show cause, within thirty days, why
10 he his in forma pauperis status should not be revoked, and Plaintiff be directed to pay the filing
11 fee in full.

13 IT IS SO ORDERED.

14 **Dated:   July 14, 2008**            /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE