IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WILLIAM JENSEN, | 1:05-cv-00401-AWI-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE |
| vs. | |
| JAMES A. YATES, et al., | (DOCUMENT #21) |
| Defendants. | SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2008, plaintiff filed a motion to extend time to file a response to the Order to Show Cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

**Dated:   August 14, 2008**          /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE