IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

        Plaintiff,        1: 05 CV 0401 AWI WMW PC

    vs.        ORDER RE MOTION (DOC 24)

JAMES YATERS, et al.,

        Defendants.

    Plaintiff has filed a motion for an extension of time in which to respond to the court's order to show cause. Subsequently, Plaintiff was granted an extension of time in which to file a response to the order to show cause.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

**Dated:   September 3, 2008**        /s/  **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE