IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

    Plaintiff,           1: 05 CV 0401 AWI WMW PC

  vs.                 ORDER RE MOTION (DOC 29)

JAMES A. YATES, et al.,

    Defendants.

     Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

     On February 18, 2009, findings and recommendations were entered and served on Plaintiff. On February 27, 20009, the recommendation was returned with a notation that Plaintiff is deceased. Pursuant to Fed. R. Civ. P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action. The court accepts the suggestion of death upon the record. Under Rule 25(a)(1), unless a motion for substitution is made, "the action shall be dismissed as to the deceased party." Absent such a statement, this case will be dismissed on June 5, 2009.

 IT IS SO ORDERED.

1

Dated:     March 13, 2009            /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE