IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,                    1: 05 CV 00401 AWI YNP (PC)

    Plaintiff,

vs.                                     ORDER DISMISSING ACTION
                                        WITHOUT PREJUDICE
JAMES YATES, et al.,

    Defendants.
_____/

    On March 13, 2009, an order was entered, suggesting death upon the record pursuant to Federal Rule of Civil Procedure 25(a)(1). The order specified that under Rule 25(a)(1), unless a motion for substitution is made, the action shall be dismissed as to the deceased party. The order further specified that absent such a statement, this case would be dismissed on June 5, 2009. The court having received a suggestion of death, and no response having been filed to the order dated March 13, 2009;

    This matter is ordered dismissed without prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   June 23, 2009**                    **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE

1